# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1963
_____

United States of America

*Plaintiff - Appellee*

v.

Devonta Cobbs

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa - Western
_____

Submitted: January 14, 2025
Filed: April 25, 2025
[Unpublished]
_____

Before SMITH, BENTON, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Devonta Cobbs conditionally pleaded guilty to possession of a firearm as an unlawful user of a controlled substance, in violation of 18 U.S.C. § 922(g)(3), reserving his right to *facially* challenge § 922(g)(3)'s constitutionality. On appeal, he argues that his conviction under § 922(g)(3) violates the Second Amendment.

Cobbs's "facial challenge is defeated by controlling precedent." *Clark v. United States*, 124 F.4th 1109, 1109 (8th Cir. 2025) (citing *United States v. Veasley*, 98 F.4th 906, 918 (8th Cir. 2024) (finding § 922(g)(3) constitutional because "at least some drug users and addicts fall within a class of people who historically have had limits placed on their right to bear arms"); *United States v. Tucker*, No. 23-2758, 2024 WL 3634232, at *2 (8th Cir. Aug. 2, 2024) (unpublished per curiam) (rejecting a facial challenge to § 922(g)(3) because "another panel of this court held the law is not facially unconstitutional" in *Veasley*); *United States v. Shannon*, No. 24-1227, 2024 WL 4224030, at *1 (8th Cir. Sept. 18, 2024) (unpublished per curiam) (finding the defendant's facial challenge to § 922(g)(3) fails "as he has not demonstrated any error that was clear or obvious under current law")).

The judgment of the district court[1] is affirmed.

_____

_____

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.